**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mardonio GOMEZ, Defendant–Appellant.**

**No. 05–10472**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 5, 2006.

Susan B. Cowger, Daniel D. Guess, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Mardonio Gomez has request-

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

ed leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record, counsel's brief, and Gomez's response discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.